# IN THE SUPREME COURT OF THE STATE OF NEVADA

ALANA ALLEN,
               Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
CHRISTY L. CRAIG, DISTRICT JUDGE,
               Respondents,

and

SHELBY BORCHARD,
               Real Party in Interest.

No. 82618

FILED

APR 2 2 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING PETITION

On April 12, 2021, appellant filed a document entitled "Notice of Withdrawal of Writ of Mandamus and/or Prohibition," which this court construes as a motion to voluntarily dismiss her petition for a writ of mandamus and/or prohibition. Having considered the motion, it is granted, and this petition is hereby dismissed.

It is so ORDERED.

_____, C.J.

cc:   Hon. Christy L. Craig, District Judge
       Duane Morris LLP/Las Vegas
       Henness & Haight, Injury Attorneys
       Eighth District Court Clerk

21-11655